DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLOS CRUZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3798

[March 12, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2022-CF-008255-AXXX-MB.

Carlos Cruz, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***